TIMOTHY COURCHAINE
United States Attorney
District of Arizona
Abbie Broughton
Assistant U.S. Attorney
California State Bar No. 226680
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: abbie.broughton@usdoj.gov
Attorneys for Plaintiff

☒ FILED ☐ LODGED

**Apr 30 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 26-MJ-03004-MTM |
| Plaintiff, | **I N F O R M A T I O N** |
| vs. | **VIO:** 49 U.S.C. § 46314(a), (b)(1) (Entering an Aircraft or Airport Area in Violation of Security Requirements) |
| Qais Ahmad Tillawi, | |
| Defendant. | |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

On or about January 25, 2026, in the District of Arizona, the defendant, QAIS AHMAD TILLAWI, knowingly and willfully entered the sterile area of Phoenix Sky Harbor Airport and boarded Air France flight number 069 without a valid boarding pass in violation of security requirements prescribed under 49 U.S.C §§ 44901 and 44903(c).

All in violation of 49 U.S.C. § 46314(a), (b)(1).

Dated this 23rd day of February, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

ABBIE BROUGHTON
Assistant U.S. Attorney